373 A.2d 1123

Commonwealth v. Gracan, Appellant.

OPINION PER CURIAM: Judgment of sentence affirmed.

WATKINS, P. J., absent.

HOFFMAN, J., concurs on the basis of *Commonwealth v. Blair,* 460 Pa. 31, 331 A.2d 213 (1975).